

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-12-0461-CV

_____

MUSTAFA E. DERKUNT, APPELLANT

V.

COMMISSION FOR LAWYER DISCIPLINE, APPELLEE

On Appeal from the 261st District Court
Travis County, Texas
Trial Court No. D-1-GN-11-000745, Honorable Donald Kraemer, Presiding

April 5, 2013

## MEMORANDUM OPINION

Before Quinn, C.J., and Campbell and Pirtle, JJ.

The brief of *pro se* appellant Mustafa Engin Derkunt was due for filing on February 25, 2013. When the brief was not filed, we notified Derkunt by letter of March 4, 2013, that pursuant to appellate rules 38.8(a)(1) and 42.3(b) the appeal was subject to dismissal without further notice unless he filed his brief, along with a motion requesting additional time, by March 14, 2013. We have received from Derkunt neither

a brief, a motion for additional time nor any other response to our March 4 letter. Accordingly, the appeal is dismissed for want of prosecution. Tex. R. App. P. 38.8(a)(1) & 42.3(b). As Derkunt appears in the case as an indigent, no costs are assessed.


Per Curiam